**United States Bankruptcy Court**
**EASTERN District of New York**

In re  CGEN HOLDINGS, LLC                                              Case No.
                                    Debtor                              Chapter    11

## STATEMENT REGARDING AUTHORITY
## TO SIGN AND FILE PETITION

I, Carmelo Genova declare under penalty of perjury that I am the Sole Member of CGEN HOLDINGS, LLC, and that the following is a true and correct copy of the resolutions of said Company at a special meeting duly called and held on the 2 day of May, 2023.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mr. Carmelo Genova, Sole member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Mr. Carmelo Genova, Sole member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Mr. Carmelo Genova, Sole member of this Company is authorized and directed to employ Gabriel Del Virginia, Esq. (GDV-4951), attorney and the law firm of LAW OFFICES OF GABRIEL DEL VIRGINIA to represent the Company in such bankruptcy case."

Date  May 2, 2023                              Signed    *Carmelo Genova*
                                                         Mr. Carmelo Genova

Resolution of
CGEN HOLDINGS, LLC

Whereas, it is in the best interest of this Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mr. Carmelo Genova, Sole member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Mr. Carmelo Genova, Sole member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Mr. Carmelo Genova, Sole member of this Company is authorized and directed to employ Gabriel Del Virginia, Esq. (GDV-4951), attorney and the law firm of LAW OFFICES OF GABRIEL DEL VIRGINIA to represent the Company in such bankruptcy case.

Date   May 2, 2023                          Signed   */s/ Carmelo Genova*